# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LENA BUCCIGROSSI,<br>*Individually, and on behalf*<br>*of all others similarly situated* | :<br>:<br>: | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-221-JMY |
| THOMAS JEFFERSON UNIVERSITY | : | |

## ORDER FOR TELEPHONIC RULE 16 CONFERENCE

**AND NOW**, this  16th   day of February, 2021, it is **ORDERED** that a Fed. R. Civ. P. 16 conference with the Court will be held on **Thursday, April 1, 2021, at 2:00 p.m.**  Counsel are to appear telephonically and will be notified via email with instructions for remote participation.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2. The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference.

3. After consultation with counsel for all parties, counsel shall complete the required **Joint Report of Rule 26(f) Meeting** and file the same with the Clerk of Court at least 5 days prior to the Rule 16 conference.  Counsel shall incorporate all the information described in Judge Younge's form Report, which can be found at: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge.

**BY THE COURT:**

 /s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**