IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lena Buccigrossi et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Thomas Jefferson | : | No.: 21-cv-221-JMY |

ORDER

AND NOW, this  2nd  day of  March  20 21 , it is hereby

ORDERED that the application of  Alec M. Leslie _____ , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

✔   GRANTED.[1]

☐   DENIED.

/s/ John Milton Younge
_____
JOHN MILTON YOUNGE            , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.