Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA  19103-2799



troutman.com

---

**Michael Baughman**
Michael.Baughman@Troutman.com

December 2, 2021

<u>**VIA ECF FILING**</u>

The Honorable John Milton Younge
United States District Court, Eastern District of Pennsylvania
4007 U.S. Courthouse,. Courtroom 4A
Philadelphia, PA 19106

**Re:** *Buccigrossi v. Thomas Jefferson University*, Case No. 21-cv-000221-JMY
<u>**Joint Request for Extension of Scheduling Order**</u>

Dear Judge Younge:

I represent Defendant Thomas Jefferson University ("Jefferson") in the above-captioned matter. I write pursuant to Rule A.I. of Your Honor's Policies and Procedures to seek an additional extension of the Court's August 31, 2021 Scheduling Order (ECF No. 26). Counsel for Plaintiff Lena Buccigrossi joins in this request.

The parties continue to diligently engage in written discovery and document production, with Jefferson having produced over 7,600 pages of documents to date. However, the parties require additional time to complete written discovery and take depositions due to, among other things, the extent of ESI discovery, competing deadlines in other cases, and the continued impact of COVID-19. Accordingly, the parties request an additional extension of existing litigation deadlines as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | January 31, 2022 | May 2, 2022 |
| Plaintiff's Expert Report(s) Due | February 14, 2022 | May 16, 2022 |
| Defendant's Expert Report(s) Due | February 28, 2022 | May 30, 2022 |
| Close of Expert Discovery | March 14, 2022 | June 13, 2022 |
| Dispositive Motions Due | April 12, 2022 | July 11, 2022 |
| Responses to Dispositive Motions Due | May 12, 2022 | August 10, 2022 |
| Pretrial Memoranda Due | August 2, 2022 | October 31, 2022 |
| Final Pretrial Conference | August 9, 2022 10:00am | November 7, 2022 10:00am |

**The Honorable John Milton Younge**
December 2, 2021
Page 2



---

The parties thank you for your consideration to this matter.

Very truly yours,



Michael Baughman