IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LENA BUCCIGROSSI, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| v. | : : | NO. 21-cv-0221-JMY |
| THOMAS JEFFERSON UNIVERSITY | | |

## ORDER

**YOUNGE, J.**                                                     **APRIL 12, 2022**

      **AND NOW**, on 12th day of April, 2022 upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 1), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Defendant's Motion is **GRANTED.**

**IT IS SO ORDERED.**

                                                                                                    BY THE COURT:

                                                                                                    /s/ John Milton Younge
                                                                                                   **Judge John Milton Younge**